**Dismiss and Opinion Filed March 19, 2020**



**In The**

**Court of Appeals**

**Fifth District of Texas at Dallas**

_____

**No. 05-19-01477-CV**

_____

**IN THE INTEREST OF F.T. AND C.T., CHILDREN**

**On Appeal from the 469th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 469-50077-2015**

## MEMORANDUM OPINION

Before Justices Myers, Whitehill, and Pedersen, III
Opinion by Justice Pedersen, III

Stating he no longer wishes to pursue the appeal, appellant has filed a motion to dismiss. *See* TEX. R. APP. P. 42.1(a)(1). We grant the motion and dismiss the appeal. *See id.*

/Bill Pedersen, III//
BILL PEDERSEN, III
JUSTICE

191477f.p05



# Court of Appeals
# Fifth District of Texas at Dallas
## JUDGMENT

IN THE INTEREST OF F.T. AND
C.T., CHILDREN

No. 05-19-01477-CV

On Appeal from the 469th Judicial
District Court, Collin County, Texas
Trial Court Cause No. 469-50077-
2015.
Opinion delivered by Justice
Pedersen, III, Justices Myers and
Whitehill participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

We **ORDER** that appellee Ketra Au recover her costs, if any, of this appeal from appellant Jimmy Chun Tseng.

Judgment entered this 19th day of March 2020.